John H. Mowbray, Esq. (Bar No. 1140)
Jessica E. Chong, Esq. (Bar No. 13845)
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 950
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.938.8648
Email: jmowbray@spencerfane.com
           jchong@spencerfane.com

*Attorneys for Defendant ANLV Cab LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN LASZLOFFY;<br><br>Plaintiffs,<br><br>vs.<br><br>CINDY ZORAIDA GARCIA, LEON SYMANSKI, ANLV CAB LLC dba as ANLV CAB<br>And DOES 1 TO 20, Inclusive,<br><br>Defendants, | Case No.  2:19-CV-01173-JAD-BNW<br><br>**STIPULATION AND ORDER TO MOVE JANUARY 10, 2024 HEARING**<br><br>**FIRST REQUEST** |

Plaintiff John Laszloffy, pro se, Defendants Cindy Zoraida Garcia and Leon Symanski by and through their counsel Lawrence E. Mittin of Craig P. Kenny & Associates and Defendant ANLV Cab LLC by and through their counsel John H. Mowbray and Jessica E. Chong of the law firm Spencer Fane LLP hereby stipulate and request that this Court move the hearing currently scheduled for January 10, 2024 at 10:00 a.m. to January 9, 2024 at 10:00 a.m. in LV Courtroom 3B. The parties request this extension to accommodate Defense Counsel's scheduled medical procedure.

Dated this 22nd day of December, 2023.

/s/ John Laszloffy
John Laszloffy
PO Box 476
Big Bear Lake, CA 92315
*Plaintiff Pro Se*

Dated this 22nd day of December, 2023.
**SPENCER FANE LLP**

/s/ Jessica E. Chong
John H. Mowbray, Esq.
Nevada Bar No. 1140
Jessica E. Chong, Esq.
Nevada Bar No. 13845
300 South Fourth Street, Suite 950

Las Vegas, Nevada 89101
*Attorneys for Defendant ANLV Cab LLC*

Dated this 21st day of December, 2023.
**CRAIG P. KENNY & ASSOCIATES**

/s/ Lawrence E. Mittin
Lawrence E. Mittin
Nevada Bar No. 5428
501 S. 8th Street
Las Vegas, NV 89101
*Attorneys for Defendants Cindy Zoraida Garcia and Leon Symanski*

## ORDER

IT IS HEREBY ORDERED that the hearing scheduled for January 10, 2024 at 10:00 a.m. be moved to January 9, 2024 at 10:00 a.m. in LV Courtroom 3B.

Dated this 22nd day of December, 2023.

_____
U.S. MAGISTRATE JUDGE BRENDA WEKSLER